UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLISON GIORGIO, ASHLEY RODRIGUEZ,
JENNIFER TORRES, NANCY OWEN,
ANTOINETTE WACHTL, individually and on behalf
of all others similarly situated,

                           Plaintiffs,

                           v.

WW INTERNATIONAL, INC., WW.COM, LLC
WEEKEND HEALTH OF TEXAS, PA, WEEKEND
HEALTH OF NEW JERSEY P.C., WEEKEND
HEALTH OF PENNSYLVANIA, P.C., AND
BRANTLEY T. JOLLY, M.D., PROF. CORP.,

                           Defendants.

25-CV-2944 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On April 9, 2025, Plaintiffs filed this putative class action against Defendants, alleging violations of the Electronic Communications Privacy Act and state laws, as well as common law claims. On May 9, 2025, Defendants notified the Court that WW International, Inc. and "certain of its subsidiaries and affiliates" (the "Debtors") had commenced a Chapter 11 action in the Bankruptcy Court for the District of Delaware. ECF No. 23. Defendants further advised the Court that "the above-captioned matter has been automatically stayed as to the Debtors pursuant to the Automatic Stay" provision of the Bankruptcy Code, 11 U.S.C. § 362(a)(1). *Id.*

The Court agrees that the automatic stay provision applies to Defendant WW International, Inc. *See In re Tribune Co. Fradulent Conveyance Litig.*, 946 F.3d 66, 76 (2d Cir. 2019) ("When a bankruptcy action is filed, any action or proceeding against the debtor is automatically stayed by Section 362(a)." (internal quotation marks omitted)). "It is well-established," however, that the automatic stay provision is "limited to debtors and do[es] not encompass non-bankrupt co-defendants," *Teachers Insurance and Annuity Ass'n v. Butler*, 803 F. 2d 61, 65 (2d Cir. 1986), except "when a claim against the non-debtor will have an immediate adverse economic consequence for the debtor's estate." *Queenie, Ltd. v. Nygard Int'l*, 321 F. 3d 282, 287 (2d Cir.

2003).

No later than May 21, 2025, the parties shall submit a joint letter articulating their positions as to whether the automatic stay applies to Defendants other than WW International, Inc. or otherwise affects this action, including whether the initial pretrial conference should proceed as scheduled on June 6, 2025.

SO ORDERED.

Dated:    May 14, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge