UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
ALLISON GIORGIO et al.,
                                                    :
                    Plaintiffs,                            ORDER
                                                    :
        -v.-
                                                    :        25 Civ. 2944 (RA) (GWG)

  WW INTERNATIONAL, INC. et al.                     :

            Defendants.                             :
------------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

        The parties are directed to file on or before December 16, 2025, a jointly-composed letter indicating the status of arbitration-related discovery in this matter.   If that discovery has concluded, the parties may file a letter so stating.

        SO ORDERED.

Dated: December 11, 2025
        New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge