UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
ALLISON GIORGIO et al.,
:
              Plaintiffs,                    ORDER
:
     -v.-
:           25 Civ. 2944 (RA) (GWG)

  WW INTERNATIONAL, INC. et al.       :

         Defendants.       :
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       It appearing that arbitration-related discovery has concluded, the schedule contemplated by the district court's Order of October 16, 2025 (Docket # 52) shall now take effect.

       Thus, plaintiffs' opposition to the motion to compel arbitration now pending before Judge Abrams (Docket # 48) shall be filed on or before January 6, 2026.   Defendants' reply shall be filed on or before January 27, 2026.

       SO ORDERED.

Dated:  December 17, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge