UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLISON GIORGIO, ASHLEY RODRIGUEZ, JENNIFER TORRES, NANCY OWEN, ANTOINETTE WACHTL, individually and on behalf of all other similarly situated,

Plaintiffs,

-against-

WW INTERNATIONAL, INC., WW.COM, LLC WEEKEND HEALTH OF TEXAS, PA, WEEKEND HEALTH OF NEW JERSEY P.C., WEEKEND HEALTH OF PENNSYLVANIA, P.C., AND BRANTLEY T. JOLLY, J.D., PROF. CORP.,

Defendants.

Case No.: 1:25-CV-02944-RA

**DECLARATION OF ABBY MEYER IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION**

I, Abby Meyer, hereby declare:

1. I am an attorney duly admitted to practice *pro hac vice* before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP ("SMRH"), counsel of record for Defendants WW International, Inc., WW.Com, LLC, Weekend Health of Texas, PA, Weekend Health of New Jersey P.C., Weekend Health of Pennsylvania, P.C., and WeightWatchers Clinic f/k/a Brantley T. Jolly, M.D. ("Defendants"). I have personal knowledge of the facts set forth below except where stated on information and belief, and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in further support of Defendants' Motion to Compel Individual Arbitration.

3. Attached as **Exhibit 1** are true and correct excerpts of Edward Cai's deposition testimony, taken on December 16, 2025. In accordance with Rule 5A.i of Judge Abrams'

Individual Rules of Practice, Defendants have redacted certain portions of the testimony that they designated as "Confidential," as this testimony discloses proprietary or trade secret information.

4. Attached as **Exhibit 2** are screens of Defendants' internal records showing that Plaintiff Antoinette Wachtl ("Wachtl") completed the Registered Dietitian flow and accepted the associated WeightWatchers Clinic Terms & Conditions ("WW Clinic Terms"). These screens were produced to Plaintiffs as WW0000037-WW0000038. In accordance with Rule 5A.i of Judge Abrams' Individual Rules of Practice, Defendants have redacted certain portions of the screens which reveal proprietary or trade secret information.

5. Attached as **Exhibit 3** is a copy of the WW Clinic Terms associated with the Registered Dietician flow. This policy was produced to Plaintiffs as WW0000053-WW0000061.

6. Attached as **Exhibit 4** are true and correct excerpts of Wachtl's deposition testimony, which I took on December 10, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 27, 2026, at New York, New York.



______________________________
Abby Meyer (admitted *pro hac vice*)