UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
ALLISON GIORGIO et al.,
                                                                :
                        Plaintiffs,                             ORDER
                                                                :
                -v.-
                                                                :       25 Civ. 2944 (RA) (GWG)

WW INTERNATIONAL, INC. et al.            :

                        Defendants.                    :
----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

        Plaintiffs have leave to file a letter in reply to defendants' latest submission (Docket # 93).   Any such letter shall be filed by May 5, 2026.

        SO ORDERED.

Dated: April 29, 2026
        New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge