UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                          :
ALLISON GIORGIO et al.,
                                                          :
                    Plaintiffs,                                   ORDER
                                                          :
              -v.-
                                                          :      25 Civ. 2944 (RA) (GWG)
                                                          :
WW INTERNATIONAL, INC. et al.,
                                                          :
                    Defendants.
------------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     A video conference to discuss the discovery dispute raised in Docket # 90 will take place on Wednesday, May 13, 2026, at 11:00 a.m.    It is the Court's intention to decide the dispute based on the parties' letters unless a party shows good cause in advance of the conference why formal briefing should be required.

     The Court will provide the video login information (through the Teams platform) by email to counsel at least three business days before the conference.   The public may listen to the conference by dialing 646-453-4442, and use access code: 324 672 505#.

     The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.   However, any other recording or dissemination of the proceeding in any form is forbidden.

     Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time.   The parties should follow paragraph 1. F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein) for any request for an adjournment.


     SO ORDERED.

Dated: May 6, 2026
     New York, New York


                              _____
                              GABRIEL W. GORENSTEIN
                              United States Magistrate Judge