UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                           :

ALLISON GIORGIO et al.,

                           :

        Plaintiffs,                     ORDER

                           :

      -v.-

                           :      25 Civ. 2944 (RA) (GWG)

WW INTERNATIONAL, INC. et al.,               :

        Defendants.          :
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      It appears that the video conference held today with respect to Docket # 90 was not recorded due to a technical problem and thus no transcript is available.

      As stated at the conference, plaintiff's application for a preservation order is denied in the form requested.   The parties shall instead meet and confer with respect to sampling as to data generated in the future. If agreement cannot be reached, any dispute may presented to the Court in a letter compliant with paragraph 2.A of the Court's Individual Practices.

Dated: May 13, 2026
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

     SO ORDERED.

1