UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA BRUCKNER, ANITA CAMPANA, MEGAN CONNOR, DONNA EDWINS, ALLISON GIORGIO, JANINE HENRY, ASHLEY RODRIGUEZ, SUSANNE STROM, JENNIFER TORRES, ANTOINETTE WACHTL, individually and on behalf of all other similarly situated,

Plaintiffs,

-against-

WW INTERNATIONAL, INC., WW.COM, LLC, WEEKEND HEALTH OF TEXAS, PA, WEEKEND HEALTH OF NEW JERSEY P.C., WEEKEND HEALTH OF PENNSYLVANIA, P.C., AND BRANTLEY T. JOLLY, M.D., PROF. CORP.,

Defendants.

Case No.: 1:25-CV-02944-RA

**NOTICE OF MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Motion to Dismiss First Amended Class Action Complaint and the Declarations of Kevin Murphy and Pinal Bhatt, Defendants WW International, Inc., WW.com, LLC, Weekend Health of Texas, PA, Weekend Health of New Jersey P.C., Weekend Health of Pennsylvania, P.C., and WeightWatchers Clinic f/k/a Brantley T. Jolly, M.D., Prof. Corp. ("Defendants" or "WW"), by and through their counsel Sheppard, Mullin, Richter & Hampton LLP, shall move before the Honorable Ronnie Abrams, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order dismissing all causes of action asserted in Plaintiffs Erica Bruckner, Anita Campana, Megan Connor, Donna Edwins, Allison Giorgio, Janine Henry, Ashley Rodriguez, Susanne Strom, Jennifer Torres, and Antoinette Wachtl's First Amended Class Action Complaint with prejudice

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

DATED: May 26, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ P. Craig Cardon*

P. Craig Cardon (Admitted Pro Hac Vice)
Kevin Murphy (Admitted Pro Hac Vice)
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067
Telephone: (310) 228-3700
ccardon@sheppard.com
kemurphy@sheppard.com

Abby Meyer (Admitted Pro Hac Vice)
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
Telephone: (714) 513-5100
ameyer@sheppard.com

Sylvia Waghorne
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: (212) 653-8700
swaghorne@sheppard.com

*Attorneys for Defendants*
WW International, Inc., WW.com, LLC, Weekend Health of Texas, PA, Weekend Health of New Jersey P.C., Weekend Health of Pennsylvania, P.C., and WeightWatchers Clinic f/k/a Brantley T. Jolly, M.D., Prof. Corp.