UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA BRUCKNER, ANITA CAMPANA, MEGAN CONNOR, DONNA EDWINS, ALLISON GIORGIO, JANINE HENRY, ASHLEY RODRIGUEZ, SUSANNE STROM, JENNIFER TORRES, ANTOINETTE WACHTL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>WW INTERNATIONAL, INC., WW.COM, LLC WEEKEND HEALTH OF TEXAS, PA, WEEKEND HEALTH OF NEW JERSEY P.C., WEEKEND HEALTH OF PENNSYLVANIA, P.C., AND BRANTLEY T. JOLLY, M.D., PROF. CORP.,<br><br>Defendants. | Case No.: 1:25-CV-02944-RA |

**DECLARATION OF PINAL BHATT**

I, Pinal Bhatt, declare as follows:

1. I am a Senior Manager, Engineering, for Defendant WW International, Inc., a party in the above-entitled action. In my role, I am familiar with weightwatchers.com (the "WW Website"), the personal assessments on the WW Website and am able to access the historical code used on the WW Website for certain time periods. I make this declaration based on facts known by me or based on information obtained by me from documents and information available to me in the normal course of business and in my role. This declaration is submitted in support of Defendants' Motion to Dismiss the Amended Class Action Complaint.

2. Below is a true and correct copy of the first page of the WeightWatchers Clinic personal assessment—which Plaintiffs refer to as the "Clinic Questionnaire"—that was present

on www.weightwatchers.com between at least December 26, 2024 and January 31, 2025. The webpage includes a hyperlink titled "Privacy Policy." If a user clicked the hyperlink, the user was redirected to the May 3, 2024 version of the Privacy Policy, which is attached as Exhibit D to the Declaration of Edward Cai (ECF No. 49-6).




I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5/26/2026, at North Brunswick, NJ.

Signed by:
Pinal Bhatt
E2596658D823444...

Pinal Bhatt