UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA BRUCKNER, ANITA CAMPANA, MEGAN CONNOR, DONNA EDWINS, ALLISON GIORGIO, JANINE HENRY, ASHLEY RODRIGUEZ, SUSANNE STROM, JENNIFER TORRES, ANTOINETTE WACHTL, individually and on behalf of all other similarly situated,

Plaintiffs,

-against-

WW INTERNATIONAL, INC., WW.COM, LLC WEEKEND HEALTH OF TEXAS, PA, WEEKEND HEALTH OF NEW JERSEY P.C., WEEKEND HEALTH OF PENNSYLVANIA, P.C., AND BRANTLEY T. JOLLY, M.D., PROF. CORP.,

Defendants.

Case No.: 1:25-CV-02944-RA

**DECLARATION OF KEVIN MURPHY**

I, Kevin Murphy, declare as follows:

1. I am an attorney duly admitted to practice *pro hac vice* before this Court. (ECF No. 31.) I am an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for Defendants WW International, Inc., WW.Com, LLC, Weekend Health of Texas, PA, Weekend Health of New Jersey P.C., Weekend Health of Pennsylvania, P.C., and WeightWatchers Clinic f/k/a Brantley T. Jolly, M.D., Prof. Corp. (“Defendants”). I have personal knowledge of the facts set forth below except where stated on information and belief, and, if called as a witness, I could and would competently testify thereto. I submit this declaration in further support of Defendants’ Motion to Dismiss the Amended Complaint.

2. Below is a true and correct copy of a screenshot of the November 11, 2023 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the October 11, 2023 version of the Privacy Policy, which is attached as Exhibit B to the Declaration of Edward Cai ("Cai Declaration") (ECF No. 49-4).




3. If a user scrolls slightly down the webpage, the user is presented with the "for details" text after the term "Privacy Policy," as depicted below. This is true for all of the "Intro Questionnaire" screenshots pasted below.




4. Below is a true and correct copy of a screenshot of the November 18, 2023 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



5. Below is a true and correct copy of a screenshot of the November 25, 2023 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



6. Below is a true and correct copy of a screenshot of the December 2, 2023 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



7. Below is a true and correct copy of a screenshot of the December 31, 2023 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



8. Below is a true and correct copy of a screenshot of the January 7, 2024 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



9. Below is a true and correct copy of a screenshot of the January 14, 2024 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



10. Below is a true and correct copy of a screenshot of the January 21, 2024 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



11. Below is a true and correct copy of a screenshot of the January 28, 2024 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



12. Below is a true and correct copy of a screenshot of the February 5, 2024 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



13. Below is a true and correct copy of a screenshot of the February 12, 2024 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



14. Below is a true and correct copy of a screenshot of the February 19, 2024 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



15. Below is a true and correct copy of a screenshot of the February 27, 2024 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



16. Below is a true and correct copy of a screenshot of the March 12, 2024 version of a personal assessment webpage—which Plaintiffs have labeled the "Intro Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



17. Below is a true and correct copy of a screenshot of the April 17, 2024 version of a personal assessment webpage—which Plaintiffs have labeled the "Clinic Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/?isSequence=true. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



18. Below is a true and correct copy of a screenshot of the April 21, 2024 version of a personal assessment webpage—which Plaintiffs have labeled the "Clinic Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/?isSequence=true. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



19. Below is a true and correct copy of a screenshot of the April 25, 2024 version of a personal assessment webpage—which Plaintiffs have labeled the "Clinic Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/?isSequence=true. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).



20. Below is a true and correct copy of a screenshot of the May 2, 2024 version of a personal assessment webpage—which Plaintiffs have labeled the "Clinic Questionnaire"—at the domain www.weightwatchers.com/us/personalassessment/?isSequence=true. I located the webpage using the Internet Archive's Wayback Machine service available at web.archive.org. The webpage includes a hyperlink titled "Privacy Policy." If a user clicks the hyperlink, the user is redirected to the November 14, 2023 version of the Privacy Policy, which is attached as Exhibit C to the Cai Declaration (ECF No. 49-5).




I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 25, 2026, at Los Angeles, California.

*/s/ Kevin Murphy*
Kevin Murphy