UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICA BRUCKNER, ANITA CAMPANA, MEGAN CONNOR, DONNA EDWINS, ALLISON GIORGIO, JANINE HENRY, ASHLEY RODRIGUEZ, SUSANNE STROM, JENNIFER TORRES, ANTOINETTE WACHTL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>WW INTERNATIONAL, INC., WW.COM, LLC WEEKEND HEALTH OF TEXAS, PA, WEEKEND HEALTH OF NEW JERSEY P.C., WEEKEND HEALTH OF PENNSYLVANIA, P.C., AND BRANTLEY T. JOLLY, M.D., PROF. CORP.,<br><br>Defendants. | Case No.: 1:25-CV-02944-RA<br><br>**NOTICE OF MOTION TO COMPEL INDIVIDUAL ARBITRATION** |

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Motion to Compel Individual Arbitration and Declarations of Sylvia Waghorne and Pinal Bhatt, Defendants WW International, Inc., WW.Com, LLC, Weekend Health of Texas, PA, Weekend Health of New Jersey P.C., Weekend Health of Pennsylvania, P.C., and WeightWatchers Clinic f/k/a Brantley T. Jolly, M.D. ("Defendants" or "WW"), by and through their counsel Sheppard, Mullin, Richter & Hampton LLP shall move before the Honorable Ronnie Abrams, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order compelling individual arbitration of the claims of Plaintiffs Erica Bruckner, Anita Campana, Megan Connor, Donna Edwins, Janine Henry, Susanne Strom and Antoinette Wachtl (for purposes of this motion, the "Plaintiffs") pursuant to the arbitration provisions contained in agreements the Plaintiffs executed in connection

with their use of WW's services and the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq*., and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
June 12, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ P. Craig Cardon*

P. Craig Cardon (Admitted Pro Hac Vice)
Kevin Murphy (Admitted Pro Hac Vice)
1901 Avenue for the Stars, Suite 1600
Los Angeles, California 90067
Telephone: (310) 228-3700
ccardon@sheppard.com
kemurphy@sheppard.com

Abby H. Meyer (Admitted Pro Hac Vice)
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: (714) 513-5100
ameyer@sheppard.com

Sylvia Waghorne
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
swaghorne@sheppard.com

*Attorney for Defendants*
*WW International, Inc., WW.Com, LLC Weekend Health of Texas, PA, Weekend Health of New Jersey P.C., Weekend Health of Pennsylvania, P.C., and WeightWatchers Clinic f/k/a Brantley T. Jolly, M.D.*