UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA BRUCKNER, ANITA CAMPANA, MEGAN CONNOR, DONNA EDWINS, ALLISON GIORGIO, JANINE HENRY, ASHLEY RODRIGUEZ, SUSANNE STROM, JENNIFER TORRES, ANTOINETTE WACHTL, individually and on behalf of all other similarly situated,

Plaintiffs,

-against-

WW INTERNATIONAL, INC., WW.COM, LLC, WEEKEND HEALTH OF TEXAS, PA, WEEKEND HEALTH OF NEW JERSEY P.C., WEEKEND HEALTH OF PENNSYLVANIA, P.C., AND BRANTLEY T. JOLLY, M.D., PROF. CORP.,

Defendants.

Case No.: 1:25-CV-02944-RA

**DECLARATION OF SYLVIA WAGHORNE**

I, Sylvia Waghorne declare as follows:

1. I an attorney duly admitted to practice before this Court. I am an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for Defendants WW International, Inc., WW.Com, LLC, Weekend Health of Texas, PA, Weekend Health of New Jersey P.C., Weekend Health of Pennsylvania, P.C., and WeightWatchers Clinic f/k/a Brantley T. Jolly, M.D., Prof. Corp. ("Defendants"). I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Motion to Compel Individual Arbitration.

3. Attached as Exhibit 1 is a true and correct excerpt of Edward Cai's deposition testimony, taken on December 16, 2025.

I declare under penalty of perjury the foregoing is true and correct. Executed on this 12th day of June, 2026.

Sylvia Waghorne

Sylvia Waghorne