**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | |
|---|---|
| ERICA BRUCKNER, ANITA CAMPANA, MEGAN CONNOR, ALLISON GIORGIO, JANINE HENRY, JENNIFER TORRES, ANTOINETTE WACHTL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WW INTERNATIONAL, INC., WW.COM, LLC, WEEKEND HEALTH OF TEXAS, PA, WEEKEND HEALTH OF NEW JERSEY P.C., WEEKEND HEALTH OF PENNSYLVANIA, P.C., AND BRANTLEY T. JOLLY, M.D., PROF. CORP.,<br><br>Defendants. | Case No. 1:25-cv-02944-RA<br><br>Hon. Ronnie Abrams<br><br>**DECLARATION OF AMANDA FIORILLA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION** |

I, Amanda Fiorilla, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and admitted to practice before this Court. I am a partner in the law firm of Lowey Dannenberg, P.C. ("Lowey"), and I am counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could testify competently under oath thereto.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Compel Individual Arbitration.

3. Attached as **Exhibit A** are true and correct excerpts from the deposition of Edward Cai, taken on December 16, 2025.

4. Attached as **Exhibit B** is a true and correct copy of a document produced by Weight Watchers and Bates Stamped as WW0000005 through WW00000019.

5. Attached as **Exhibit C** is a true and correct copy of a document produced by Weight Watchers and Bates Stamped as WW0000028 through WW0000036.

6. Attached as **Exhibit D** is a true and correct screenshot of Plaintiff Bruckner's WW Membership Receipt, which was received by Plaintiff Bruckner on May 4, 2020.

7. Attached as **Exhibit E** is a true and correct screenshot of Plaintiff Bruckner's WW membership confirmation email, which was received by Plaintiff Bruckner on April 23, 2024.

8. Attached as **Exhibit F** is a true and correct copy of Plaintiff Connor's WW membership confirmation email, which was received by Plaintiff Connor on August 21, 2019.

9. Attached as **Exhibit G** is a true and correct copy of Plaintiff Henry's WW Membership Receipt, which was received by Plaintiff Henry on January 1, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of July, 2026, in Oakland, New Jersey.

*/s/ Amanda Fiorilla*
Amanda Fiorilla