**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERICA BRUCKNER, ANITA CAMPANA, MEGAN CONNOR, DONNA EDWINS, ALLISON GIORGIO, JANINE HENRY, ASHLEY RODRIGUEZ, SUSANNE STROM, JENNIFER TORRES, ANTOINETTE WACHTL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WW INTERNATIONAL, INC., WW.COM, LLC, WEEKEND HEALTH OF TEXAS, PA, WEEKEND HEALTH OF NEW JERSEY P.C., WEEKEND HEALTH OF PENNSYLVANIA, P.C., AND BRANTLEY T. JOLLY, M.D., PROF. CORP.,<br><br>Defendants. | Case No.:<br><br>DECLARATION OF ANITA CAMPANA |

I, Anita Campana, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I started my Weight Watchers membership in approximately August 2019.

2. In January 2025, I used the WW Websites to register for Weight Watchers' telehealth services and completed the Clinic Questionnaire.

Anita Campana (Jul 10, 2026 16:00:05 EDT)

Anita Campana

# 2026.07.01 Weight Watchers Declaration of Anita Campana

Final Audit Report 2026-07-10

| | |
|---|---|
| Created: | 2026-07-10 |
| By: | Elizabeth Roberts (eroberts@milberg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAcgKgDW_gbPnkXWqYb5kphQbqTbY_Jrsl |

## "2026.07.01 Weight Watchers Declaration of Anita Campana" History

Document created by Elizabeth Roberts (eroberts@milberg.com)
2026-07-10 - 7:44:28 PM GMT

Document emailed to Anita Campana (wdsidelady@yahoo.com) for signature
2026-07-10 - 7:44:42 PM GMT

Email viewed by Anita Campana (wdsidelady@yahoo.com)
2026-07-10 - 7:58:11 PM GMT

Document e-signed by Anita Campana (wdsidelady@yahoo.com)
Signature Date: 2026-07-10 - 8:00:05 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-07-10 - 8:00:05 PM GMT